ZAGER, Justice
(dissenting).
I join with Justice Mansfield’s well-reasoned dissent. I write separately to renew my objection to the application of Graham v. Florida, 560 U.S. 48, 130 S.Ct. 2011, 176 L.Ed.2d 825 (2010), and Miller v. Alabama, 567 U.S. -, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), to lengthy term-of-years sentences, also sometimes described as de facto sentences of life without parole. For the reasons set forth in my dissent in State v. Null, 836 N.W.2d 41, 84-88, 2013 WL 4250939 (Iowa 2013) (Zager, J., dissenting), I believe neither Graham nor Miller apply to Pearson’s sentence, and I would affirm the sentence imposed by the district court.